No. 591.  RODD *v.* UNITED STATES.  C. C. A. 9th. Certiorari denied.  *Morris L. Ernst, Harriet F. Pilpel* and *A. L. Wirin* for petitioner.  *Solicitor General Perlman, Assistant Attorney General Quinn, Frederick Bernays Wiener, Robert S. Erdahl* and *Irving S. Shapiro* for the United States.

No. 672.  KRIEGER *v.* LOUISIANA.  Supreme Court of Louisiana.  Certiorari denied.  *Maurice R. Woulfe* for petitioner.

No. 687.  NEBRASKA *v.* UNITED STATES ET AL.  C. C. A. 8th.  Certiorari denied.  *Walter R. Johnson,* Attorney General of Nebraska, *C. S. Beck,* Deputy Attorney General, and *Robert A. Nelson,* Assistant Attorney General, for petitioner.  *Solicitor General Perlman* and *Assistant Attorney General Vanech* for the United States; and *Milton C. Murphy* and *Paul L. Martin* for McNish et al., respondents.

No. 708.  SOBEL CORRUGATED & WOODEN BOX CO. *v.* FLEMING, TEMPORARY CONTROLS ADMINISTRATOR.  C. C. A. 6th.  Certiorari denied.  *A. L. Kearns* for petitioner. *Solicitor General Perlman, Assistant Attorney General Quinn, Robert S. Erdahl* and *Josephine H. Klein* for respondent.

No. 715.  TINSLEY *v.* TEXAS.  Court of Criminal Appeals of Texas.  Certiorari denied.  *Kenneth Lawing* for petitioner.

No. 728.  NORTH PIER TERMINAL CO. *v.* INTERSTATE COMMERCE COMMISSION.  C. C. A. 7th.  Certiorari denied.  *John S. Burchmore, Nuel D. Belnap* and *Robert N.*

816

*Burchmore* for petitioner. *Solicitor General Perlman, Assistant Attorney General Sonnett, Edward Dumbauld, Daniel W. Knowlton* and *Gordon Locke* for respondent.

No. 739. Augelli, Trustee in Bankruptcy, et al. *v.* Ohio Finance Corp.; and

No. 740. Augelli, Trustee in Bankruptcy, et al. *v.* Ohio Finance Corp. C. C. A. 3d. Certiorari denied. *Samuel Milberg* and *Benjamin Gross* for petitioners. *Nathan Bilder* for respondent. Reported below: 165 F. 2d 788.

No. 759. Franklin Life Insurance Co. *v.* Stuart et al. C. C. A. 5th. Certiorari denied. *C. K. Bullard* for petitioner. *Dan Moody* for respondents.

No. 681. Viola *v.* Ohio. Supreme Court of Ohio. Certiorari denied. *Charles J. Margiotti* for petitioner. *Paul J. Reagen* and *William M. McLain* for respondent.

No. 518. Dineen, Superintendent of Insurance of the State of New York, *v.* United States, 333 U. S. 842. Rehearing denied.

May 17, 1948.

No. 428. Parker *v.* Illinois. Argued February 13, 1948. Decided May 17, 1948. *Per Curiam:* Mr. Justice Jackson is of the opinion that the writ of certiorari should be dismissed and did not participate in the